IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC, and GENZYME CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 09-285-GMS ) (consolidated) |
| ROXANE LABORATORIES, INC., SANDOZ INC. and ANCHEN PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) ) |

**UNOPPPOSED MOTION UNDER FED. R. CIV. P. 60(b)
TO MODIFY THE JULY 11, 2012 AMENDED JUDGMENT**

Defendant Roxane Laboratories, Inc. ("Roxane") moves under Fed. R. Civ. P. 60(b) to modify the July 11, 2012 Amended Judgment (D.I. 247, "Amended Judgment"). To effectuate a final and binding settlement agreement between Plaintiffs Bone Care International LLC and Genzyme Corporation (collectively "Genzyme") and Defendant Roxane, Roxane respectfully requests that the Court modify its July 11, 2012 Amended Judgment to: (1) permit the effective date of Food & Drug Administration approval of Roxane's Abbreviated New Drug Application No. 91-433 ("Roxane's ANDA") for generic equivalents of Genzyme's Hecterol® brand doxercalciferol capsules (or any other Defendant's ANDA) to be earlier than the expiration date of the patent-in-suit in this action, Genzyme's U.S. Patent No. 5,602,116 ("the '116 patent"), if permitted by Genzyme through a license agreement; and (2) permit Roxane (or any other defendant) to make, use, offer to sell, or sell a doxercalciferol ANDA product within the United States, or import a doxercalciferol ANDA product into the United States, before the expiration of the '116 patent, if permitted by Genzyme through a license agreement. A copy of Roxane's proposed Second Amended Judgment is attached to this motion as Exhibit A. A redline copy

indicating in what respect the proposed Second Amended Judgment differs from the July 11, 2012 Amended Judgment is attached as Exhibit B.

      Pursuant to D. Del. LR 7.1.1., the parties have met and conferred through counsel. Plaintiffs Bone Care International LLC and Genzyme Corporation, and Defendants Sandoz Inc. and Anchen Pharmaceuticals, Inc., do not oppose this motion.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Marta E. Gross<br>Keith A. Zullow<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212)813-8800<br><br>April E. Abele<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA 94111-4003<br>Tel: (415) 677-6000 | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3893)<br>    1313 North Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6027<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Roxane Laboratories, Inc.* |

Dated: July 24, 2013
1116282 / 34699

      IT IS SO ORDERED, this _____ day of _____ 2013.

                                      _____
                                      GREGORY M. SLEET, CHIEF JUDGE